UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ALIZE ZACHARY DWAYNE MONTAGUE,

        Petitioner,

v.

SARAH SCHROEDER,

        Respondent.

_____/

Case No. 2:24-cv-213

Honorable Phillip J. Green

## **ORDER TO STAY**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion to stay these proceedings and hold them in abeyance (ECF No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's action is hereby stayed and held in abeyance until Petitioner files a motion to lift the stay. Such motion must be filed no later than 30 days after a final decision by the Michigan Supreme Court on Petitioner's application for leave to appeal the denial of his motion for relief from judgment.

**IT IS FURTHER ORDERED** that if Petitioner fails to comply with the deadlines imposed in this order, the Court may dismiss the petition.

**IT IS FURTHER ORDERED** that this case shall be administratively closed until such time as Petitioner files a motion to amend his petition or a motion to lift stay in accordance with the procedures set forth in this order.

Dated:  January 3, 2025                              /s/ Phillip J. Green
                                                                             PHILLIP J. GREEN
                                                                             United States Magistrate Judge